UNITED STATES BANKRUPTCY COURT
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Albert Russo  (AR-2924)
Cn 4853
Trenton, NJ  08650
(609) 587-6888

In re:

Peter J D'Aguanno
Judith H D'Aguanno

Debtor(s)

Chapter 13 Case No.10-34862 / RTL

Hearing Date:  11/16/2010

Honorable Raymond T. Lyons, Jr.

Order Filed on 2/3/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

**ORDER CONFIRMING CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: 2/3/2011**

Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

Debtor: Peter J D'Aguanno and Judith H D'Aguanno
Case No.: 10-34862 / RTL

---

    The plan of the debtor having been proposed to creditors, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 08/13/2010, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of  37 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

        $278.00 for 37 months beginning 9/1/10

**ORDERED** that the case is confirmed to pay 0% to general unsecured creditors.

**ORDERED**  that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement.  Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

*Approved by Judge Raymond T. Lyons  February  03, 2011*

Page 3 of 3
Debtor: Peter J D'Aguanno and Judith H D'Aguanno
Case No.: 10-34862 / RTL

---

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is <u>not authorized</u> to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

*Approved by Judge Raymond T. Lyons  February  03, 2011*